```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| ASTERIA VIVES | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FRANK RODRIGUEZ, et al. | : | NO. 09-2728 |

ORDER

And now, this 31st day of January, 2012, upon consideration of plaintiff Asteria Vives's complaint (docket entry # 10), defendant Miguelina Rodriguez's motion for summary judgment (docket entry # 32), plaintiff's response in opposition thereto and exhibits in support thereof (docket entries # 37, 38, and 39), and defendant Frank Rodriguez's response to Miguelina Rodriguez's motion and memorandum in support thereof (docket entry # 43), and upon the analysis set forth in the accompanying Memorandum, it is hereby ORDERED that:

    1.   Defendant Miguelina Rodriguez's motion for summary judgment (docket entry # 32) is GRANTED IN PART;

    2.   Counts III, IV, and V of plaintiff's complaint (docket entry # 10) are DISMISSED WITH PREJUDICE; and

3.	The parties shall CONVENE in Chambers (Room 15613) on February 14, 2012 at 11:00 a.m. for a Rule 16 Conference.

BY THE COURT:


\_\_\s\Stewart Dalzell